**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR SOTO, | ) Case No.: 11-CV-03907-LHK |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER GRANTING |
| FIRST STUDENT, INC., | ) ADMINISTRATIVE MOTION TO |
| | ) CONTINUE CASE MANAGEMENT |
| Defendant. | ) CONFERENCE |

Defendant has filed an unopposed motion to continue the initial case management conference currently scheduled for December 14, 2011.  Defendant's motion is GRANTED, and the case management conference is RESET for Wednesday, January 18, 2011 at 2:00 p.m.

However, this lawsuit is now almost one-and-a-half years old. The original state court complaint was filed August 18, 2010, and this action was removed to federal court on August 9, 2011.  The parties may file a motion to appear telephonically at the case management conference, but future motions to continue conference dates will be disfavored.

1

Case No.: 11-CV-03907-LHK
ORDER GRANTING CONTINUANCE

**IT IS SO ORDERED.**

Dated: December 9, 2011

_____
LUCY H. KOH
United States District Judge