1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 121257
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.998.4150
   Facsimile:     408.288.5686
5  Email: rpeters@littler.com
   Email: bemmert@littler.com
6
   Attorneys for Defendant
7  FIRST STUDENT, INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   ELEANOR SOTO,                    │  Case No.  C11-03907
12
                  Plaintiff,        │  [PROPOSED] ORDER GRANTING
13                                  │  ADMINISTRATIVE MOTION TO
                                    │  VACATE/RESET DEADLINE TO
14       v.                         │  COMPLETE SETTLEMENT
                                    │  CONFERENCE AND ADVANCE THE
15   FIRST STUDENT, INC.,           │  HEARING DATE ON FIRST STUDENT,
                                    │  INC.'S MOTION TO DISMISS OR, IN THE
16                Defendant.        │  ALTERNATIVE VACATE THE CURRENT
                                    │  SCHEDULING ORDER
17
                                    │  [Civil LR 7-11]
18
                                    │  Complaint Filed: 8/19/10
19                                  │  Trial Date: 9/17/12

20       **FOR  GOOD  CAUSE  SHOWN,** Defendant First Student, Inc.'s Administrative

21  Motion to: (1) vacate/reset the deadline for the Parties to hold a settlement conference with

22  Magistrate Judge Maria-Elena James to a date after the hearing on First Student's Motion to

23  Dismiss, currently set for hearing at 1:30 p.m. on June 21, 2012; and (2) advance the hearing date on

24  First Student's Motion to Dismiss from June 21, 2012, at 1:30 p.m. to April 25, 2012, at 2:00 p.m. so

25  that it can be heard concurrently with the further Case Management Conference currently set for the

26  same day is GRANTED.

27       The Court hereby vacates the referral to Magistrate Judge Maria-Elena James for a

28  settlement conference.

[Proposed] Order Re: Admin. Mot.                          Case No. CV 11-03907 LHK

1    The Court also advances the hearing date on First Student, Inc.'s Motion to Dismiss.

2    The hearing date is advanced from June 21, 2012, at 1:30 p.m. to April 25, 2012, at 2:00 p.m. so that

3    it can be heard concurrently with the further Case Management Conference currently set for the

4    same day.

5    IT IS SO ORDERED

6    Dated:  March 7, 2012

7    _____
     HON. LUCY. H. KOH

8    JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:109535311.1 063010.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

[Proposed] Order Re: Admin. Mot.          2.                    Case No. CV 11-03907 LHK