UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEANOR SOTO, | Case No.: 11-CV-03907-LHK |
| Plaintiff, | |
| v. | |
| FIRST STUDENT, INC., | ORDER DISMISSING CASE WITH PREJUDICE |
| Defendant. | |

This lawsuit was filed by Plaintiff on August 19, 2010 in state court. On August 10, 2011, Defendant removed this case to federal court. The original state court complaint, which lacked any factual detail, has been the operative pleading in the case. At the initial case management conference, Plaintiff was referred to the Federal Legal Assistance Self Help Program to assist her in drafting an amended complaint. At the same time, the Court set a deadline of February 15, 2012, by which Plaintiff was to file an amended complaint that met the pleading standards under the federal rules. *See* Case Management Order, ECF No. 13. Plaintiff failed to file any amended complaint, and Defendant filed a motion to dismiss. ECF No. 15. On April 23, 2012, the Court granted Defendant's motion to dismiss, but gave Plaintiff one last chance to file an amended complaint within two weeks of the date of the Order. *See* ECF No. 18. The deadline by which Plaintiff was required to file an amended complaint has passed. Therefore, this case is dismissed in its entirety, with prejudice. The Clerk shall close the file.

1

Case No.: 11-CV-03907-LHK
ORDER DISMISSING CASE

**IT IS SO ORDERED.**

Dated: May 13, 2012

_____
LUCY H. KOH
United States District Judge